United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLYN D'LIL,

       Plaintiff,

  v.

SONOMA COAST VILLA & SPA, the
dba for BAYSIDE BODEGA, LLC,
OAK CREEK MANOR, LLC,
JOHANNES ZACHBAUER and DOES
1 through 10, Inclusive,

       Defendants.

               /

No. C 13-01047 WHA

**ORDER RE DISMISSAL**

As discussed in the order dated October 21 (Dkt. No. 40), the parties were requested to please file a dismissal of this matter. Until such a dismissal is filed, all pretrial deadlines remain in effect. If the parties decide to file a dismissal, they should do so by **12 PM ON NOVEMBER 19**.

**IT IS SO ORDERED.**

Dated: November 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE