IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLYN D'LIL,

    Plaintiff,

v.

SONOMA COAST VILLA & SPA, the dba for BAYSIDE BODEGA, LLC, OAK CREEK MANOR, LLC, JOHANNES ZACHBAUER and DOES 1 through 10, Inclusive,

    Defendants.

No. C 13-01047 WHA

**ORDER RE DISMISSAL**

    As discussed in the order dated October 21 (Dkt. No. 40), the parties were requested to please file a dismissal of this matter. Until such a dismissal is filed, all pretrial deadlines remain in effect. If the parties decide to file a dismissal, they should do so by **12 PM ON NOVEMBER 19**.

    **IT IS SO ORDERED.**

Dated: November 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE